

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00327-CR

Jim Garcia **LONGORIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7801
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellant's brief was originally due August 13, 2018. Neither an appellant's brief nor a motion for an extension of time was timely filed. Instead, this court issued a letter notifying counsel that the brief was late and giving counsel 10 days to respond. Eight days later, counsel filed a motion for an extension of time to file the appellant's brief. This court granted the motion and ordered counsel for appellant, C. Wayne Huff, to file the brief by September 24, 2018. Neither the brief nor a motion for an extension was timely filed.

Appellant has filed second a motion for an extension of time to file the appellant's brief. We **ORDER** that the motion is granted in part and **ORDER** counsel for appellant, C. Wayne Huff, to file the appellant's brief by November 12, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court